AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---

**OFFENSE CHARGED**

Violation: 21 U.S.C. § 841 (a)(1) [Possession with Intent to Distribute and Distribution of Crack Cocaine]

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
See Attachment A

---

**DEFENDANT - U.S.**

▶ Dominic J. Smith

**DISTRICT COURT NUMBER**

CR 07 0467 SBA

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
Bureau of Alcohol, Tobacco, Firearms & Explosives

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
4-07-70414WDB

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  DEBORAH R. DOUGLAS, AUSA

---

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☒ Yes  ☐ No  } If "Yes" give date filed  7/12/2007

DATE OF ARREST ▶ 7/12/2007   Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ 7/13/2007   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 7/19/07 3:30 pm
Before Judge: _____

Comments:

## ATTACHMENT A: PENALTIES

<u>COUNT ONE</u>: 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute and Distribution of Crack Cocaine]

On or about December 8, 2006, in the Northern District of California, the defendant, DOMINIC J. SMITH, did knowingly and intentionally possess with intent to distribute and did distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

**Penalties**: Maximum prison term of twenty years, a term of supervised release of at least three years and up to life, $1 million fine, and $100 special assessment.

<u>COUNT TWO</u>: 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute and Distribution of Crack Cocaine]

On or about January 25, 2007, in the Northern District of California, the defendant, DOMINIC J. SMITH, did knowingly and intentionally possess with intent to distribute and did distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

**Penalties**: Maximum prison term of twenty years, a term of supervised release of at least three years and up to life, $1 million fine, and $100 special assessment.

<u>COUNT THREE</u>: 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute and Distribution of Crack Cocaine]

On or about February 8, 2007, in the Northern District of California, the defendant, DOMINIC J. SMITH, did knowingly and intentionally possess with intent to distribute and did distribute a Schedule II controlled substance, to wit: 5 grams or more of a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

**Penalties**: Mandatory minimum prison term of five years and up to 40 years, a term of supervised release of at least four years and up to life, $2 million fine, and $100 special assessment.

# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
**VENUE: OAKLAND**

CR 07 0467 SBA

UNITED STATES OF AMERICA,

V.

DOMINIC J. SMITH,

DEFENDANT.

---

# INDICTMENT

VIOLATION: 21 U.S.C. § 841(a)(1) [ Possession with Intent to Distribute and Distribution of Crack Cocaine]

---

A true bill.

_____
Foreman

Filed in open court this 19th day of July, 2007

_____
Clerk

Bail, $ _____

7/19/07

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3
4
5
6
7
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
                    OAKLAND DIVISION
11                                    CR 07 0467
12 | UNITED STATES OF AMERICA,    )  Criminal No.                      SBA
                                  )
13 |     Plaintiff,                )
                                  )  VIOLATION: 21 U.S.C. § 841(a)(1)
14 | v.                            )  [Possession with Intent to Distribute and
                                  )  Distribution of Crack Cocaine]
15 | DOMINIC J. SMITH,             )
                                  )  OAKLAND VENUE
16 |     Defendant.                )
                                  )
17
18
                        INDICTMENT
19
   The Grand Jury charges:
20
   COUNT ONE: 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute and Distribution of
21                                  Crack Cocaine]
22     On or about December 8, 2006, in the Northern District of California, the defendant,
23                        DOMINIC J. SMITH,
24 did knowingly and intentionally possess with intent to distribute and did distribute a Schedule II
25 controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine base
26 in the form of "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1).
27
28

INDICTMENT

COUNT TWO: 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute and Distribution of Crack Cocaine]

On or about January 25, 2007, in the Northern District of California, the defendant,

DOMINIC J. SMITH,

did knowingly and intentionally possess with intent to distribute and did distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT THREE: 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute and Distribution of Crack Cocaine]

On or about February 8, 2007, in the Northern District of California, the defendant,

DOMINIC J. SMITH,

did knowingly and intentionally possess with intent to distribute and did distribute a Schedule II controlled substance, to wit: 5 grams or more of a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

DATED: July 19, 2007

A TRUE BILL.

FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

STEPHEN G. CORRIGAN
Acting Chief, Oakland Branch

(Approved as to form: ___D R D___ )
AUSA Deborah R. Douglas

INDICTMENT                                2