| DOCUMENTS UNDER SEAL ☐ | | DOCUMENT NUMBER: | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ivy Lerma Garcia | REPORTER/FTR<br>FTR 7/24/07 11:10:04-11:18:45 | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>7/24/07 | NEW CASE<br>☐ | CASE NUMBER<br>CR-07-00467-SBA |

## APPEARANCES

| DEFENDANT<br>DOMINIC SMITH | AGE | CUST<br>Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Joyce Leavitt (AFPD)<br>Lawrence Ward (Spec. Appear.) | PD. ☐ APPT. ☐ | RET. ☐ |
|---|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Deborah Douglas | | INTERPRETER<br>None | | ☒ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D | |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Victoria Gibson | | | DEF ELIGIBLE FOR ☒<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES | |

### PROCEEDINGS SCHEDULED TO OCCUR - (IF NOT HELD TYPE NH IN TIME FIELD)

| ☐ INITIAL APPEAR<br>time | ☐ PRELIM HRG<br>time | ☐ MOTION<br>time | ☐ JUGM'T & SENTG<br>time | ☐ STATUS<br>time |
|---|---|---|---|---|
| ☒ I.D. COUNSEL<br>time 2 Mins HELD | ☒ ARRAIGNMENT<br>time 4 Mins HELD | ☐ BOND SIGNING<br>time | ☐ IA REV PROB. or S/R<br>time | ☐ BAIL REVIEW<br>time |
| ☒ TIMING OF DETENTION HRG<br>time 2 Mins WAIVED BY THE DEFT. | ☐ ID/REMOVAL HRG<br>time | ☐ CHANGE PLEA<br>time | ☐ PROB. REVOC.<br>time | ☐ SUP REL HRG<br>time |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**FILED**
**JUL 24 2007**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT 3 Cts. | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☒ DETAINED | ☐ RELEASED | ☒ TIMING OF DETENTION HEARING AND FORMAL FINDINGS WAIVED BY THE DEFT. | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY AS TO ALL 3 COUNTS | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>7/30/07 | ☒ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☒ STATUS/TRIAL SET DATE BEF. JUDGE S.B. ARMSTRONG |
|---|---|---|---|---|
| AT:<br>10:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON.<br>WAYNE D. BRAZIL | ☐ DETENTION HEARING | ARRAIGN-MENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED BY DEFT. RE: SPEEDY TRIAL ACT CALCULATION BET. NOW & UNTIL 7/30/07 FOR CONTINUITY OF COUNSEL | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP.REL. REV. HEARING |

### ADDITIONAL PROCEEDINGS

The govt's atty. provided the Court with a copy of the Parole Detainer out of Alameda County that was lodged on the deft. by Parole and Community Services Division - California Dept. of Corrections. In light of the parole detainer, the deft. waived the timing of his Detention Hrg. The deft. was ordered detained, reserving his rights to have his Detention Hrg. -- if and when the deft. believes it will be on his best interest to put his Detention Hrg. back on calendar later.
cc: WDB's Stats, Lisa Clark, Pretrial

STATE OF CALIFORNIA
CDC 1505 (12/88)

DEPARTMENT OF CORRECTIONS

**RECEIVED**
JUL 24 2007
WAYNE D. BRAZIL
U.S. MAGISTRATE JUDGE
NORTHERN DISTRICT OF CALIFORNIA

Parole & Community Services Division

# DETAINER

**To:** All Sheriffs

**From:** Parole and Community Services Division — California Department of Corrections

**Subject:** NO BAIL DETAINER 3056 PC — EN ROUTE TO DEPARTMENT OF CORRECTIONS

Booked Under _____ Booking Number **07-F22169**

CDC Name **Smith, Domonic** CDC Number **F22169**

DOB **6/21/76** CI&I **09066907** FBI **237554AB6** LOCAL **AX-J 330**

## Custody Problem Areas

- ☐ Requires Medication
- ☐ Threat to Staff or Inmate
- ☐ Psychiatric Problems
- ☐ Security Risk

- ☐ Needs Safekeeping
- ☐ History of Homosexual Behavior
- ☐ Gang Affiliation
- ☐ May be Undergoing Withdrawal (Alcohol or Drug)

Comments **3056 No Bail**

---

Felony Detainer Must Follow Prisoner if Transferred

Notify **7717 Edgewater Dr. Ste. 100, OAK**

Date Detainer Placed **7/12/07** / **5186** Badge #   Authorized by **C. Johnson**

Date Detainer Removed _____ / _____ Badge #   Authorized by _____

Agent of Record **C. Johnson**   Jail Liaison _____

Phone # **(510) 577-2000 x 297**   Phone # ( ___ ) _____

**DISTRIBUTION:**

Yellow and White to Sheriff when hold placed.
Blue retained by Parole Agent.
White to be returned to Parole Agent when hold removed.

87 82102

N 001 ADNU SRSO

TO: SANTA RITA COJ
ATTN: JAILER
****CALIFORNIA DEPARTMENT OF CORRECTIONS, SACRAMENTO****
NAME: SMITH,DOMONIC
CDC: F22169
DOB: 6/21/1976
AKA:
ADB:
BKG: ULK054/AXJ330

ARRESTING AGENCY: PAROLE AND COMMUNITY SERVICES
AGENT: JOHNSON
UNIT: SLD
REFR: JOHNSON
REGION: REGION II
REPLY: CRP0

THIS IS AUTHORIZATION FOR THE DETAINING AGENCY, COUNTY OR SHERIFFS
DEPARTMENT AND ANY PEACE OFFICER IN THE STATE OF CALIFORNIA TO ARREST
AND BOOK PER 3056 P.C. AND TRANSPORT TO THE COUNTY JAIL.

MSG: 78612
INT: R1CASERLFV
CASE RECORDS NORTH

FROM: CALIFORNIA DEPARTMENT OF CORRECTIONS
07/17/07 14:09 OPERATOR:LINDA VALENZUELA
CA034015G CRP0