UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 9/4/07

CR 07-00467SBA                JUDGE: **SAUNDRA BROWN ARMSTRONG**

**SMITH**                Present (X) Not Present () In Custody X
  **DEFENDANT(S)**

 **DEBORAH DOUGLAS**           **JOYCE LEAVITT**
U.S. ATTORNEY                ATTORNEY FOR DEFENDANT(S)

Deputy Clerk:  Lisa R. Clark           **RAYNEE MERCADO**
                     Court Reporter

 Interpreter                Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:   STATUS - HELD**

**RESULT OF HEARING:   COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL  UNTIL 9/25/07**

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to _9/25/07_ for **Further Status**/Trial Setting/ **Motion Setting**/Evidentiary Hearing @ 9:00 a.m.
Case Continued to_____ @ 11:00 a.m. for_____
Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____
Case Continued to_____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due_____ Motions in limine/objections to evidence due_____
Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____ for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
Case Continued to_____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to_____ for Change of Plea @ 11:00 a.m.
cc: