UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 9/25/07

CR 07-00467SBA                JUDGE: SAUNDRA BROWN ARMSTRONG

SMITH                         Present (X)  Not Present ( )  In Custody (X)
    DEFENDANT(S)

DEBORAH DOUGLAS               JOYCE LEAVITT
U.S. ATTORNEY                 ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark           STARR WILSON
                                      Court Reporter

Interpreter                           Probation Officer

PROCEEDINGS

**REASON FOR HEARING:** STATUS - HELD

**RESULT OF HEARING:** COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 10/16/07

**JUDGMENT:**

PROCEEDINGS

Case Continued to  10/16/07  for Further Status/Trial Setting/ Motion Setting or Change of Plea/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by ____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to _____ for Change of Plea @ 11:00 a.m.
cc: