UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 10/16/07

CR 07-00467SBA                              JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**SMITH**                                      Present (X) Not Present ( ) In Custody (X)
    DEFENDANT(S)

<u>DEBORAH DOUGLAS</u>                     <u>JOYCE LEAVITT</u>
U.S. ATTORNEY                            ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark              <u>STARR WILSON</u>
                                                Court Reporter

Interpreter                              Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:**   **STATUS - HELD**

**RESULT OF HEARING:   COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 11/6/07**

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to <u>11/6/07</u> for Further Status/Trial Setting/ <u>Motion Setting</u>/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by ____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to _____ for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to <u>11/6/07</u> for Change of Plea @ 9:00 a.m.
cc: