**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 11/6/07

CR 07-00467SBA                                     JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

SMITH                                     Present X) Not Present ( ) In Custody ( X )
    DEFENDANT(S)

<u>DEBORAH DOUGLAS</u>                          <u>JOYCE LEAVITT</u>
U.S. ATTORNEY                                ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark                  <u>STARR WILSON</u>
                                                             Court Reporter

Interpreter                                  Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:**   <u>STATUS - HELD</u>

**RESULT OF HEARING:**   <u>COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 11/27/07</u>

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to** <u>11/27/07</u> **for** <u>Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing</u> @ 9:00 a.m.
**Case Continued to**_____@ 9:00 a.m. for_____ Motions
**Brief Sched. Motion papers by**_____**Opposition by**_____**Reply by**_____
**Case Continued to**_____for Pretrial Conference at 11:00 a.m.
**Pretrial Papers Due**_____Motions in limine/objections to evidence due _____
**Responses to motions in limine and/or responses to objections to evidence due**_____
**Case Continued to**_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
**Case Continued to**_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.
**Case Continued to** <u>11/27/07</u> for Change of Plea @ 9:00 a.m.
**cc:**