UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 11/27/07

CR 07-00467SBA                        JUDGE: **SAUNDRA BROWN ARMSTRONG**

**SMITH**                             Present (X) Not Present ( ) In Custody (X)
    DEFENDANT(S)


**DEBORAH DOUGLAS**                   **JOYCE LEAVITT**
U.S. ATTORNEY                         ATTORNEY FOR DEFENDANT(S)


Deputy Clerk: Lisa R. Clark           **STARR WILSON**
                                      Court Reporter


Interpreter                           Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING: STATUS - HELD**

**RESULT OF HEARING:**

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to _____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to  12/11/07  for Change of Plea @ 11:00 a.m.
cc: