FILED
DEC - 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

12-3-07

CR07-467-SBA

Dear Judge Armstrong,

My name is Dominic Smith im writing you to inform you that I am ready to accept responsibility for my actions. But I haveing a conflict of interest with my attorney. She tell's me she will come see me afther court to explan what is going on in court but she never show up. And she will come some see a day befor court and talk to me but not to much about my case. She ast me do I know anything that will help me out I do not nothing, and she made a comment to my family that since im not corporateing that ther little she can do. Like I said im ready to accept responsibility for my actions. But I will like a new attorney or a court apointed attorney. My attorney name is Joyce Lovettren.

THANK you!
Dominic Smith