Dominic Smith c/o BOOK 4 OAKLAND CA 946
550 6th St.
Oakland, Ca. 94607

04 DEC 2007 PM 4 T

9461245217

HAPPY HOLIDAYS

Judge Armstrong
Ronald V. Dellums Federal Building
1301 Clay Street, Suite 3405
Oakland, Ca. 94612