UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 12/11/07

CR 07-00467SBA                    JUDGE: SAUNDRA BROWN ARMSTRONG

DOMINIC SMITH                     Present (X) Not Present ( ) In Custody (X)
    DEFENDANT(S)

  DEBORAH DOUGLAS                   JOYCE LEAVITT
U.S. ATTORNEY                     ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark         RAYNEE MERCADO
                                    Court Reporter

  Interpreter                       Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:** CHANGE OF PLEA - NOT HELD; DEFENDANTS' MOTION TO RELIEVE COUNSEL - DENIED AS MOOT

**RESULT OF HEARING:** COURT CONDUCTS IN CAMERA HEARING ON DEFENDANTS' MOTION; COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL AND CONTINUITY OF BOTH COUNSEL UNTIL 1/15/08

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to _____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to **1/15/08** for Change of Plea @ 11:00 a.m.
cc: