**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

**Date:1/15/08**

**CR 07-00467SBA**                    **JUDGE: SAUNDRA BROWN ARMSTRONG**

**SMITH**                    Present (X) Not Present ( ) In Custody (X)
    **DEFENDANT(S)**

**DEBORAH DOUGLAS**                    **JOYCE LEAVITT**
**U.S. ATTORNEY**                    **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk: Lisa R. Clark**            **RAYNEE MERCADO**
                                                   **Court Reporter**

 **Interpreter**                    **Probation Officer**

**PROCEEDINGS**

**REASON FOR HEARING:**    **STATUS - HELD**

**RESULT OF HEARING:**    **COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL AND CONTINUITY OF GOVERNMENT COUNSEL UNTIL 2/5/08**

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to**_____ **for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to**_____ **@ 9:00 a.m. for**_____ **Motions**
**Brief Sched. Motion papers by**_____**Opposition by**_____**Reply by**_____
**Case Continued to**_____**for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due**_____**Motions in limine/objections to evidence due** _____
**Responses to motions in limine and/or responses to objections to evidence due**_____
**Case Continued to**_____**for Trial(Court/Jury:**___**Days/weeks) at 8:30 a.m.**
**Case Continued to**_____**for Judgment & Sentencing as to Count(s)** _____**of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to** **2/5/08**            **for Change of Plea @ 11:00 a.m.**
**cc:**