**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 2/5/08

CR 07-00467SBA                              JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

SMITH                                       Present (X)  Not Present ( )  In Custody (X)
    DEFENDANT(S)

<u>DEBORAH DOUGLAS</u>                        <u>JOYCE LEAVITT</u>
U.S. ATTORNEY                                ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark                  <u>DIANE SKILLMAN</u>
                                                      Court Reporter

 Interpreter                               Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:    STATUS - HELD; CHANGE OF PLEA - NOT HELD**

**RESULT OF HEARING:  COURT FINDS EXCLUDABLE TIME BASED ON CONTINUITY AND ADEQUATE PREPARATION OF COUNSEL UNTIL 2/26/08**

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to _____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by ____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to  <u>2/26/08</u>  for Change of Plea @ 11:00 a.m.
cc: