1 | BARRY J. PORTMAN
Federal Public Defender
2 | JOYCE LEAVITT
Assistant Federal Public Defender
3 | 555 12th Street, Suite 650
Oakland, CA 94607-3627
4
5 | Counsel for Defendant DOMINIC SMITH

6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           )
                                       ) No. CR 07-00467 SBA
12 |              Plaintiff,             )
                                       ) STIPULATION AND [PROPOSED]
13 |      v.                            ) ORDER FOR CONTINUANCE OF
                                       ) CHANGE OF PLEA DATE AND FOR
14 |                                    ) EXCLUSION OF TIME
                                       )
15 | DOMINIC J. SMITH,                  )
                                       )
16 |              Defendant.            )

17
        IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of
18
plea date in this case, currently scheduled for February 26, 2008, at 11:00 a.m. before Honorable
19
Judge Saundra Brown Armstrong, may be continued to Tuesday, March 4, 2008, at 11:00 a.m. for
20
change of plea. The reason for the request is that counsel for Mr. Smith has been out of town and
21
unavailable to meet with Mr. Smith to review the plea agreement. The parties were researching an
22
issue which could impact the guideline calculations and have resolved this issue. Defense counsel
23
needed additional time to talk with Mr. Smith about the resolution of this issue. Counsel was
24
25
unavailable from February 7 to February 9, and again from February 14 to the 24th, and was not able
26

*United States v. Smith*, CR 07-00467 SBA
Stip. to Continue Change of Plea
and for Exclusion of Time                                     - 1 -

to meet with Mr. Smith to discuss the results of the research. Should the Court continue the matter one more week it should allow defense counsel adequate time to meet with Mr. Smith and review the research as well as the final plea agreement.

The parties stipulate that the time from February 26, 2008, to March 4, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel and continuity of counsel.

DATED: February 21, 2008

/S/
_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: February 21, 2008

/S/
_____
DEBORAH DOUGLAS
Assistant United States Attorney

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

*United States v. Smith*, CR 07-00467 SBA
Stip. to Continue Change of Plea
and for Exclusion of Time                                - 2 -

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea in this case, currently scheduled for February 26, 2008, at 11:00 a.m. before Honorable Judge Saundra Brown Armstrong, may be continued to March 4, 2008, at 11:00 a.m. for change of plea.

IT IS FURTHER ORDERED that the time from February 26, 2008, to March 4, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel and for continuity of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence, and would deny the defendant continuity of counsel.

SO ORDERED.

DATED: _____

HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge

*United States v. Smith*, CR 07-00467 SBA
Stip. to Continue Change of Plea
and for Exclusion of Time                - 3 -