1   BARRY J. PORTMAN
    Federal Public Defender
2   JOYCE LEAVITT
    Assistant Federal Public Defender
3   555 12th Street, Suite 650
    Oakland, CA 94607-3627
4
    Counsel for Defendant DOMINIC SMITH
5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              )
                                           )   No. CR 07-00467 SBA
12                     Plaintiff,          )
                                           )
13          v.                             )   STIPULATION AND
                                           )   ORDER FOR CONTINUANCE OF
14                                         )   CHANGE OF PLEA DATE AND FOR
                                           )   EXCLUSION OF TIME
15  DOMINIC J. SMITH,                      )
                                           )
16                     Defendant.          )

17          IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of

18  plea date in this case, currently scheduled for February 26, 2008, at 11:00 a.m. before Honorable

19  Judge Saundra Brown Armstrong, may be continued to Tuesday, March 4, 2008, at 11:00 a.m. for

20  change of plea.  The reason for the request is that counsel for Mr. Smith has been out of town and

21  unavailable to meet with Mr. Smith to review the plea agreement.  The parties were researching an

22  issue which could impact the guideline calculations and have resolved this issue.  Defense counsel

23  needed additional time to talk with Mr. Smith about the resolution of this issue.  Counsel was

24
    unavailable from February 7 to February 9, and again from February 14 to the 24th, and was not able
25

26

*United States v. Smith*, CR 07-00467 SBA
Stip. to Continue Change of Plea
and for Exclusion of Time                    - 1 -

1    to meet with Mr. Smith to discuss the results of the research.  Should the Court continue the matter

2    one more week it should allow defense counsel adequate time to meet with Mr. Smith and review the

3    research as well as the final plea agreement.

4        The parties stipulate that the time from February 26, 2008, to March 4, 2008, should be

5    excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and

6

7    (B)(iv) for adequate preparation of counsel and continuity of counsel.

8    DATED: February 21, 2008        /S/
                                     _____
9                                    JOYCE LEAVITT
10                                   Assistant Federal Public Defender

11   DATED: February 21, 2008        /S/
                                     _____
12                                   DEBORAH DOUGLAS
13                                   Assistant United States Attorney

14

15                    SIGNATURE ATTESTATION

16       I hereby attest that I have on file all holograph signatures for any signatures indicated by

17   a "conformed" signature (/S/) within this e-filed document.

18

19

20

21

22

23

24

25

26

*United States v. Smith*, CR 07-00467 SBA
Stip. to Continue Change of Plea
and for Exclusion of Time        - 2 -

1
2

**ORDER**

3      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea in this

4   case, currently scheduled for February 26, 2008, at 11:00 a.m. before Honorable Judge Saundra

5   Brown Armstrong, may be continued to March 4, 2008, at 11:00 a.m. for change of plea.

6      IT IS FURTHER ORDERED that the time from February 26, 2008, to March 4, 2008, should

7
8   be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A)

9   and (B)(iv) for adequate preparation of counsel and for continuity of counsel.  The Court finds that

10  the ends of justice served by the granting of the continuance outweigh the best interests of the public

11  and the defendant in a speedy and public trial and the failure to grant the requested continuance

12
13  would unreasonably deny the defendant's counsel the reasonable time necessary for effective

14  preparation, taking into account due diligence, and would deny the defendant continuity of counsel.

15      SO ORDERED.

16

17  DATED:      2/22/08        _____

18                            HONORABLE SAUNDRA BROWN ARMSTRONG
                              United States District Judge
19

20

21

22

23

24

25

26

*United States v. Smith*, CR 07-00467 SBA
Stip. to Continue Change of Plea
and for Exclusion of Time              - 3 -