UNITED STATES DISRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASE NUMBER | CR-07-00467 SBA |
| DEFENDANT'S NAME | DOMINIC SMITH |
| DEFENDANT'S COUNSEL | JOYCE LEAVITT |
| DUE DATE | May 20, 2008 @ 10:00 A.M. |

---------------------------------NOTICE TO DEFENSE COUNSEL-------------------------------------

The Court has directed that a:

| | |
|---|---|
| _____ | Pre-Plea Presentence Investigation |
| ___X___ | Presentence Investigation |
| _____ | Bail supervision |
| _____ | Postsentence Investigation |
| _____ | 4244 |

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the ***Probation Office, Room 220S, 2nd Floor*** before leaving the Courthouse today to make the necessary arrangements.

RICHARD W. WIEKING, CLERK

by: *Lisa R. Clark*
Lisa R. Clark, Deputy Clerk
Dated: 3/4/08

U.S. Probation Office~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Is Defendant in custody ?  yes or no
Is Defendant English speaking? yes or no [*Interperter:*_____]
Defendant's address: _____

_____