**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

**Date:3/4/08**

**CR 07-00467 SBA**                    **JUDGE: SAUNDRA BROWN ARMSTRONG**

**DOMINIC SMITH**                    **Present (X) Not Present ( ) In Custody (X)**
      **DEFENDANT(S)**

  **DEBORAH DOUGLAS**                    **JOYCE LEAVITT**
**U.S. ATTORNEY**                    **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk:  Lisa R. Clark**            **DIANE SKILLMAN**
                                **Court Reporter**

 **Interpreter**                    **Probation Officer**
                            **PROCEEDINGS**

**REASON FOR HEARING:      CHANGE OF PLEA -  HELD**

**RESULT OF HEARING:  DEFENDANT PLED GUILTY TO CT. 1 OF THE INDICTMENT**

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to____for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to_____ @ 9:00 a.m. for_____ Motions**
**Brief Sched. Motion papers by_____Opposition by_____Reply by_____**
**Case Continued to_____for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due_____Motions in limine/objections to evidence due _____**
**Responses to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.**
**Case Continued to_5/20/08_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to_____for Change of Plea @ 10:00 a.m.**
**cc:**