1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant SMITH
5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )
                                     )  No. CR 07-00467 SBA
12                 Plaintiff,        )
                                     )  STIPULATION AND [PROPOSED]
13       v.                          )  ORDER FOR CONTINUANCE OF
                                     )  SENTENCING DATE
14                                   )
                                     )
15 DOMINIC SMITH,                    )
                                     )
16                 Defendant.        )

17     IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing
18
   date in this case, currently scheduled for Tuesday, May 20, 2008, at 10:00 a.m. before Honorable
19
   Judge Saundra Brown Armstrong, may be continued to Tuesday, June 24, 2008, at 10:00 a.m.  The
20
   reason for the request is that because of the conflicting schedules of defense counsel and the
21
22 probation officer, Mr. Dominic Smith was just interviewed last week.  A continuance of the matter

23 would allow the probation officer to complete her investigation prior to issuing the 35 day report.

24 Mr. Smith is looking at a lengthy sentence in this case and the additional time would allow defense
25
   counsel to continue with its investigation and preparation for sentencing in this matter.  There is no
26

*United States v. Smith*, CR 07-00467 SBA
Stip. to Continue Sentencing                      - 1 -

1  need to exclude time because the client already has pled guilty.

2 /S/

3 
DATED: April 23, 2008  _____
4 JOYCE LEAVITT
Assistant Federal Public Defender
5 
6 /S/

7 DATED: April 23, 2008  _____
DEBORAH DOUGLAS
8 Assistant United States Attorney

9 

10 I hereby attest that I have on file all holograph signatures for any signatures indicated by a

11 "conformed" signature (/S/) within this e-filed document.

12 

13 

14 **ORDER**

15    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date currently

16 scheduled for Tuesday, May 20, 2008, at 10:00 a.m. before Honorable Judge Saundra Brown

17 Armstrong, is hereby continued to Tuesday, June 24, 2008, at 10:00 a.m. for sentencing.

18    SO ORDERED.

19 

20 
DATED:  _____
21 HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge
22 

23 

24 

25 

26 

*United States v. Smith*, CR 07-00467 SBA
Stip. to Continue Sentencing                - 2 -