IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. CR 07-467 SBA |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| DOMINIC SMITH, | |
| Defendant. / | |

YOU ARE HEREBY NOTIFIED that the Judgment & Sentencing set for May 20, 2008, has been moved to May 19, 2008, at 2:00 p.m.

Dated: 4/24/08

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
LISA R. CLARK
Courtroom Deputy

To: