BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00467 SBA |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER FOR CONTINUANCE OF |
| ) | SENTENCING DATE |
| DOMINIC SMITH, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date in this case, currently scheduled for Tuesday, May 20, 2008, at 10:00 a.m. before Honorable Judge Saundra Brown Armstrong, may be continued to Tuesday, June 24, 2008, at 10:00 a.m. The reason for the request is that because of the conflicting schedules of defense counsel and the probation officer, Mr. Dominic Smith was just interviewed last week. A continuance of the matter would allow the probation officer to complete her investigation prior to issuing the 35 day report. Mr. Smith is looking at a lengthy sentence in this case and the additional time would allow defense counsel to continue with its investigation and preparation for sentencing in this matter. There is no

*United States v. Smith*, CR 07-00467 SBA
Stip. to Continue Sentencing          - 1 -

1 | need to exclude time because the client already has pled guilty.

/S/

DATED: April 23, 2008    _____
JOYCE LEAVITT
Assistant Federal Public Defender

/S/

DATED: April 23, 2008    _____
DEBORAH DOUGLAS
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date currently scheduled for Tuesday, May 19, 2008, at 10:00 a.m. before Honorable Judge Saundra Brown Armstrong, is hereby continued to Tuesday, June 24, 2008, at 10:00 a.m. for sentencing.

SO ORDERED.

DATED: 4/30/08

_____
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge

*United States v. Smith*, CR 07-00467 SBA
Stip. to Continue Sentencing                    - 2 -