**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C 07-00467 SBA |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| DOMINIC SMITH | |
| Defendant. / | |

The Judgment & Sentencing set for Tuesday, June 24, 2008, at 10:00 a.m., has been moved to Monday, June 23, 2008, at 10:00 a.m.

Dated: 6/11/08

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
LISA R. CLARK
Courtroom Deputy

To: