**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                         IN THE UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    USA,                                          No. C 07-00467 SBA

12              Plaintiff,                           **CLERK'S NOTICE**

13        v.

14    SMITH,

15              Defendant.
                                                    /
16

17              The Judgment & Sentencing set for June 23, 2008, at 10:00 a.m., has been

18    changed to June 23, 2008, at 11:30 a.m.

19

20    Dated: 6/12/08                                 FOR THE COURT,

21                                                   Richard W. Wieking, Clerk

22                                                   By: _____
                                                         LISA R. CLARK
23                                                       Courtroom Deputy

24

25    To:

26

27

28