# Exhibit A

5-28-08

Dear Honorable Judge Armstroug;

I wanted to take time to write you this letter in the hope that I could convince you to consider my situation before you handed down my sentence.

First I want to start off by saying I take full reponsibility for my actions that led me to this point. Over the past 12 months I have been reflecting on my past. And by viewing my pre-sentencing report, It seems that I have an extensive criminal history begining as a juvenial. But I'd like to add that some of the information listed is inaccurate. Many of the things that are attributed to me, I have no knowledge of, and was never arrested or ever questioned about them. I had my lawyer look into some of these "facts", and we plan to try and have them removed from the record.

I couldsee how you and the prosecution could view me as a career criminal, but right now, today, I ask for compassion and mercy, Not necessarily on behalf on my self, but for the sake of my children.

Judge Armstroug, I have two beautiful daughers. They have two different mothers. One that is caught up in the street life, and who is the mother of my 9yr.old. The other is my fiance', and the mother of my 2yr. Old. The



bond that my oldest child and I shared has deteriated so badly over the last 10 months that I been in jail. I have only seen my eldest 3-times. Only my youngest daughter has been up here every week to see me. My eldest daughter's mother feels she is not obligated to bring my eldest up here to see me. She may be right, but my daughter is the one who is suffering. She won't let anyone in my family bring my daughter up here to see me. Nor will she allow my fiancé to bring her up here.

I don't have to tell you the dangers young girls [illegible] age are facing today. When you open up the paper you see 11 year old girls being [illegible] into prostitution by predators who step in to fill to void left by fathers who are not there to protected their child.

You see young black men and women come through your courtroom everyday who have made bad decisions that are costing them significant portions, or in some cases, the rest of their lives. I grew up in the 69th village housing projects. I dont have to tell you how bad it was there in the 80's. According to my wrap sheet, it appears that I have a long troubling history with the law. I make no excuse for myself, but understand that

I am a product of my enviroment. Growing up in the 69th village in the era of Felix Mitchell, I was socialized to accept a certain way of life as a young black male. As a young kid living in the projects these type of men were the only "role models" we had, because they were the only examples of success that we were exposed to. I know that is no excuse, that's just the way it was growing up in the projects.

If I have to do ten or more years in prison my eldest child will be grown. And I don't want her to make decisions that she will be paying for the rest of her life. My father was in and out of my life due to him being in and out of prison. The Bible says that the sins of the father will fall upon the children if they continue in them. I do not want my sins to fall upon my children as my father's fell upon me.

I understand that I need to change my lifestyle and my way of thinking. I have made a promise to myself, my fiancé, and my children and now I promise to you that I will use this time that I am away to better myself. I will strive to become a better husband, a better father, a better human being, and citizen in society. I don't

know exactly what path I am going to take yet, but I am determined to become a productive member of not only my family, but my community as a whole. Maybe I can even mentor youth in my old niegborhood to keep them from coming down the same path I took. If I could save just one, I will feel I have made a contribution to my community.

In terms of the guidelines, I am in no position to criticize the laws of the goverment due to the fact that I engaged in criminal activity. However, I personally believe that a sentence of 12-15 years is pretty excessive for an amount of cocaine that equals the size of a quarter. I have never been a major drug trafficer. I was a small time street peddler. I ask that you take all of that into consideration and do not let the full brunt of the goverment fall down on someone as insignificant as myself.

I take full reponsibility for my actions your Honor. I am just asking that you sentence me based on the small amount of cocaine that is involved in my case. I would also ask you to consider the enviroment that I grew up in, and the lack of positive role models and opportunities I have had in my life up to this point. I am the father of two beautiful little girls who need

thier daddy returned to them as soon as possible. Thank you for lending me your ear and just hearing what I have shared with you in this letter.

Sincerely

Dominic Smith