# Exhibit B

Dear Judge Armstrong,

My name is Olivia Arving. I am writing you on behalf of Dominic Smith. I have known Dominic for quite some time, a little over 6 years now. We have a beautiful daughter together, her name is Donajia Ivy Smith born March 12, 2006, she just turned two a little while ago. I am writing you today to tell you about the Dominic Smith no one see's on the outside. Dominic is a very loving and kind hearted person, who will do anything he could to keep a smile on your face. He loves his family more than anything. I've watched him take care of his Mother day after day, and making sure his family never went without. Dominic has another daughter, she's 9 years old and two brothers and a sister and they are so close, which is something I admire growing up in foster care. Dominic's relationship with our 2 year old daughter is priceless. The bond that they have is undenyable, I can hardly explain it in words. My daughter loves her father and cry's when it time to leave the visiting room. Dominic

is an excellent father.

When I met Dominic he was very wild, drinking and partying all the time, which pushed him in the streets even further. But now 6 years later Dominic is a changed man. He was in the middle of turning his life around. We made plans to get married, and he had a job interview the day after he had gotten arrested at a refrigerated company called Baey Refrigeration. Dominic not only wanted to change for me and his daughters, but for himself also. He would always tell me I motivate him to be a better person because I worked, went to school, and took care of our daughter. Dominic has always pushed me to work hard. Judge Armstrong, Dominic is a good man who needs a second chance at life. I do believe that no crime should go unpunished, but I also believe that twelve and a half years is a long time for someone who has never spent more than 2 years in prison. I do not think that Dominic is recieving this sentence due to his guidelines. I say that because the public defender and the prosecuter kept

telling me and Dominic that if we told them where Gene and Keith were that he would recieve a sentence that is less than 10 years. Gene and Keith are two men currently wanted by the ATF, but Dominic and I have no knowledge of where they are. I just think it's a little unfair. All I ask of you Judge Armstrong is that you find it in your heart to show Dominic a little mercy. I think a fair sentence should be 5 to 7 years. But the decision is not in my hands. Thank you for your time Judge Armstrong.

Sincerely,

Olivia V. Irving