# Exhibit C

Letter of Support for Dominic Smith

June 2, 2008

I have known Dominic all his life. He was a bright and inquisitive child. Somewhere along the way in his life he took a wrong turn; he went down a one way street of crime and try as he might he could not get off that one way street. Poor choices, associates, area and old habits have kept him on the one way street of crime and landed him in jail and where he now is.

Those are the things in the past that I wish could have been different. However these are some of his good qualities, and he has many. He is a loving, caring attentive son, brother and nephew. When my Mother his Grandmother was very ill, she could have called on any of her many Grandsons but she called Dominic and asked him to bring her a glass of water. She lived on 82nd avenue and he was on 64th ave, he stopped what he was doing and went to see about his Grandmother. He is a loving, caring, patient father to his two daughters. At a family gathering for the fourth of July his daughter was was being very disobedient and and everyone was yelling at her to stop. Dominic gently and patiently took her aside and talked to her in a low and loving tone. She responded by correcting her behavior.

Dominic has many faults but, I believe he can be redirected to become a productive law abiding member of society. I feel that with the right self help programs that prisons offer and the right after prison programs such as half way houses for a minimum of 120 days. A program that addresses real life stumbling blocks and how to navigate them legally. A program that offers job turning and counseling. If placed in such a program, I feel he will be successful and that he will turn his life around.

I feel he deserves another chance.

Sincerely,

*Betty Miller*

Betty Miller
1812 Washington Ave #203
San Leandro CA 94577
510-632-4543

FEDERAL PUBLIC DEFENDER
RECEIVED
JUN 5 2008