# Exhibit D

Your Honor:

This letter is in regards to Dominic Smith. Mr. Smith was raised in a poverty stricken urban community, under the impression this was the only way of life. As Dominic matured became engaged and fathered his second child he began to understand that life had alot more value. He went to seek employment and has worked several jobs through the years. To only be released from employment upon discovering a criminal background. At the time of his most recent arrest he was waiting to be called for duty with the Construction Union. Though his past stays the same Dominic has recognized that it was still possible to change his life. It is well understood that the law is broken and debt has to be paid. We are just hoping that you could find it in your heart to sentence him with the lesser, the minimum sentence possible suited for this crime. Despite his criminal record Dominic's a good man. Considerate of others, family orientated and very loved. His absence has impacted all of our lives and we as his family needs him home as soon as possible. As you look into this our prayers will be with him. However thank you for your consideration.

Sincerely,
Bryanna Johnson