# Exhibit E

6-5-2008

Dear Judge Armstrong

My name is Sharon Smith and I am Dominic only and order sister. Judeg Armstrong I know when you look at Dominic as many others, the first thing they see is Dominics record befor they see a man with kindness inside him. And then you here commitment like Dominic's a threat to society and that he is a dangerous man and that's not Dominic at all. I know my borther has made alot of mistakes, mistakes I know he wishes he could change but cant. And I'm not making excuses for him but I am writing this letter on Dominic's behalf hoping that you can see Dominic through some one else eyes. Judge Armstrong Dominic has been in and out of jail sense he was thirteen year's old and not one person in an position of Athourity would help him. And out of all the times Domimic has been to jail not one person said to him I going to help you instead they just turned there backs on him. And my mother and I are hoping

that you Judeg Armstrong would be the person in athurity that could look passed Dominic record and his mistakes and say I'm going to help you today. I know you can't say Dominic o.k you can go home today because I know that's not going to happen. I just know in my heart that prison has not and will not work for Dominic. Judeg I would be the first to tell you that Dominic is just like every other young person today. Young people today are selfish they don't know the meaning of hard work and they want everything in this world instandly. And we all know that if you want something in this life you have to work hard to get it and you have to work twices hard to keep it. So Judeg Armstrong I'm hoping that would consider this to be a possible situation, Maybe you could sentence Dominic to 6 year's on a work farm so he would know first hand what hard work feel like and to work for what you want in this world.

Dominic would not only work for 8 hours a day but he would also have to attend a trade school like barbara college at night. As do many of use have to in order to make it in this world. And Dominic would also be order to volanteer at a senior citizen or a retirement home for senior on Saturday's and Sunday for 3 hours so that he know for himself first hand what it feel like to do something for someone without getting anything in return but a warm feeling inside. Judge Armstrong as you know young people think family is an obligation and not privilege to have family so they take there familys for granted. And by working with senior's Dominic will learn how to apperciate his owe family as will. Like I said in the being my monthe and I love Dominic with all are hearts and we just want to see Dominic to come out of this a better man then he

he did going in. Please foregive me if I spelled your name wrong. God bless you

Sincerely
Sharon Smith