**FILED**
JUN 2 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL PRETRIAL MINUTES**

Date: June 23, 2008

CR 07-00467-01 SBA                    JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

DOMINIC SMITH                         Present (X) Not Present ( ) In Custody (X)
    DEFENDANT(S)

<u>Deborah Douglas</u>                       <u>Joyce Leavitt</u>
U.S. ATTORNEY                         ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Ivy L. Garcia for        <u>Diane Skillman</u>
              Lisa R. Clark            Court Reporter

<u>None</u>                                 <u>Brian Casai for Constance Cook</u>
Interpreter                            Probation Officer

**PROCEEDINGS**

<u>REASON FOR HEARING:</u>   Judgment and Sentencing as to Count 1 of the Indictment HELD

<u>RESULT OF HEARING:</u>    Deft. was sentenced as to Count 1 of the Indictment, Govt's motion to dismiss all other counts - GRANTED.

<u>JUDGMENT:</u>   The deft. is committed to the custody of the Bureau of Prisons to be imprisoned for a term of 140 months. Upon release from imprisonment, the deft. shall be placed on Supervised Release for a term of 5 yrs. The Court recommends that the deft. participate in the Bureau of Prisons Residential Drug Abuse Treatment Prog. The deft. shall have no contact, direct/indirect, with the buyer or informant in this matter. The deft. shall pay to the U.S. a spec. assessment of $100.00 due immed. See Judgment for all other terms & conditions of Sup. Release.

**PROCEEDINGS**

Case Continued to_____for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to_____@ 9:00 a.m. for_____ Motions
Brief Sched. Motion papers by_____Opposition by_____Reply by_____
Case Continued to_____for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due_____Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.
Case Continued to_____for Change of Plea @ 11:00 a.m.
cc: Lisa, Probation, Lorene