**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,              No. CR 07-00467 SBA

12              Plaintiff,                   **SEALING ORDER**

13        v.

14    DOMINIC J. SMITH,

15              Defendant.
                                        /
16

17        The following documents in this action are placed under seal and shall not be opened

18    except by the United States Sentencing Commission for its eyes only and shall not be

19    transmitted or otherwise opened except by order of this court upon application.

20        ☒        Presentence Report

21        ☐        Plea Agreement

22        ☐        _____

23                 (Other)

24    **IT IS SO ORDERED.**

25

26    Dated:  7/2/08                    SAUNDRA B. ARMSTRONG
                                        UNITED STATES DISRICT JUDGE
27

28