UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DOMINIC J. SMITH, | Case No: C 09-2717 SBA |
| Petitioner, | 2255 MOT. – See CR 07-00467 SBA |
| vs. | **ORDER SETTING BRIEFING SCHEDULE** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

On July 2, 2008, Dominic J. Smith (Petitioner) pleaded guilty to violation of 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute and Distribution of Crack Cocaine. He was then sentenced to a term of 140 months and committed to the custody of the Bureau of Prisons. On June 16, 2009, Petitioner filed a motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 in which he alleges a claim for ineffective assistance of counsel. Accordingly,

IT IS HEREBY ORDERED THAT the United States shall file and serve an opposition to Petitioner's 2255 motion within 30 days the date this Order is filed. If Petitioner desires to submit a reply brief, he shall do so by no later than 30 days after the United States files it opposition. The matter will be deemed submitted on the date the Reply is due.

IT IS SO ORDERED.

Dated: October 21, 2009,                    _Saundra B Armstrong_
                                             SAUNDRA BROWN ARMSTRONG
                                             United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

  v.

DOMINIC J. SMITH et al,

        Defendant.

                                          Case Number: CR07-00467 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on10/21/09 October 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**Dominic J. Smith** (1)
98230-111
Federal Correctional Institution Herlong
P.O. Box 800
Herlong, CA 96113


Dated: 10/21/09October 21, 2009
                                       Richard W. Wieking, Clerk
                                       By: LISA R CLARK, Deputy Clerk